AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern    District of   Pennsylvania

| United States of America | ) | |
| v. | ) | Case No.    26-197 |
| | ) | |
| | ) | |
| | ) | |
| JALEN GLENN | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JALEN GLENN                                                                   ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18:922(g)(1) POSSESSION OF A FIREARM BY A FELON

Date:      04/30/2026                                                      s/ JIMMY CRUZ, DEPUTY CLERK
                                                                          *Issuing officer's signature*



City and state:    PHILADELPHIA, PA                          /S/ GEORGE V. WYLESOL, CLERK OF COURT
                                                                          *Printed name and title*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

### Return

This warrant was received on *(date)* 4/30/2026 , and the person was arrested on *(date)* 5/1/2026
at *(city and state)* Philadelphia, PA .

Date: 5/1/2026

*Arresting officer's signature*

Franklin Fernandez, SA ATF #6065
*Printed name and title*